*Michael Wollin* and *Gerald Seltzer* for appellant.

*Emory Gardiner* and *Robert H. Schaffer* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

KURT E. FONTHEIM, Suing for Himself and All Other Stockholders of HURON HOLDING CORPORATION, Similarly Situated, Appellant, *v.* GEORGE R. WALKER et al., Respondents, et al., Defendants.

Argued March 2, 1954; decided April 15, 1954.

928

*Eugene J. Morris* and *Bernard Buchwald* for appellant.

*Milton M. Bergerman* and *Joseph Calderon* for Iskander Hourwich, respondent.

*J. Adam Murphy* for George R. Walker and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.